```
                IN THE UNITED STATES BANKRUPTCY COURT
                 FOR THE DISTRICT OF SOUTH CAROLINA

IN RE:                              )
Outdoor RV and Marine, LLC          )    Chapter 7
                                    )    Case No.: 09-03719-HB
                                    )
              Debtor(s)             )
```

## TRUSTEE'S NOTICE OF UNCLAIMED DIVIDENDS

Enclosed from the office of W. Ryan Hovis, trustee for the above referenced case, are checks representing monies designated as dividends to creditors that were not claimed pursuant to Bankrupcty Rule 3010.

| CLAIMANT | CLAIM NO. | CLAIM AMT | PAID |
|---|---|---|---|
| John Dennis Peake | 42A | $2425.00 | $2425.00 |
| David Lavern Stewart | 37A | $2425.00 | $2425.00 |

March 6, 2016

                                                         /s/_ W. Ryan Hovis
                                                  W. Ryan Hovis, Trustee

- - - - - - - - - - - - - - -

(For Bankruptcy Court Use Only)

```
                       BANKRUPTCY TRUSTEE LEDGER
TITLE:                                                           DOCKET:
-------------------------------------------------------------------DATE|
    REFERENCE         || RECEIVED || DISBURSED || BALANCE ||
----|-----------------||----------||-----------||---------||
____|_____||_____||_____||_____||
____|_____||_____||_____||_____||
____|_____||_____||_____||_____||
____|_____||_____||_____||_____||
____|_____||_____||_____||_____||
```