7014 1200 0002 1484 8877
Cert: Fee

**EXHIBIT A TO SC LBR 3011-1**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

IN RE:

OUTDOOR RV AND MARINE, LLC | CASE NO: 09-03719-HB
| CHAPTER: 7
|
| MOTION FOR PAYMENT
| OF UNCLAIMED DIVIDENDS
_____DEBTOR(s)_____ |

Now appears Paul D. Miller, Alpha Omega Services ("Movant") and states that Paul D. Miller, Alpha Omega Services ("Claimant") is entitled to $2,425.00 ("Unclaimed Funds") held in the United States Treasury in this case pursuant to 11 U.S.C. § 347(a) and as set forth in the attached supporting documents required by SC LBR 3011-1. For the following reasons: the belief is the original creditor, David Lavern Stewart, did not receive a distribution check from the court.

Movant represents that the Claimant is entitled to receive the Unclaimed Funds and that no other party is entitled to the Unclaimed Funds based upon:

_____ Claimant is the Owner of Record entitled to said Unclaimed Funds as appearing on the records of this Court (if the Owner of Record or Claimant is a corporate entity or partnership, attach the documentation required by SC LBR 3011-1(e)(1)(A)).

_XXX_ Claimant obtained title to the Unclaimed Funds by assignment, purchase, merger, acquisition, succession or by other means (attach the documentation required by SC LBR 3011-1(e)(2)).

_____ Movant is a representative of a Decedent's Estate (attach the documentation required by SC LBR 3011-1(e)(3)).

_____ Movant is a Claimant Representative and is named in the attached Power of Attorney by the owner of the unclaimed funds, valid under the laws of the State of South Carolina, which empowers Movant to collect the Unclaimed Funds described above on behalf of the rightful owner (attach the documentation required by SC LBR 3011-1(e)(4)). Further, Movant is submitting, with this Motion, Exhibit B to SC LBR 3011-1 and providing the identifying information required therein.

WHEREFORE, the Movant submits to the jurisdiction of this Court and requests that an order be entered directing payment of the Unclaimed Funds described above to: Alpha Omega Services, and mailed to: 10612-D Providence Rd #201, Charlotte, NC 28277, Attn: Accounting Dept.

I, Paul D. Miller, hereby declare under penalty of perjury that the foregoing is true and correct and state that I am the Movant in the above-named case and request payment of the Unclaimed Funds pursuant to SC LBR 3011-1. On May 4, 2016 I served a copy of this motion and attachments on:

United States Attorney for the District of South Carolina
1441 Main Street, Suite 500
Columbia, SC 29201

Name of Movant: Paul D. Miller, Alpha Omega Services

Movant's Phone No. 704-726-9679

Previous Mailing Address of the Original Owner of Record: 114 Spanish Oak Dr.
Surfside Beach, SC 29575

Current Mailing Address of Claimant: Accounting Dept.
10612-D Providence Rd #201
Charlotte, NC 28277

Current Mailing address of the Original Owner of Record: 2803 Pecan Dr., Alamogordo, NM 88310

Signature of Movant

In the State of North Carolina
County of Union

I, Josephine A. Baychuk, a notary public for the State of North Carolina, certify that I have examined the Motion for Payment of Unclaimed Dividend and documentation of the Movant which establishes identity, and the above motion was subscribed and sworn to before me in Waxhaw, North Carolina this 4th day of May, 2016.

My commission expires: 7/21/2018

JOSEPHINE A BAYCHUK
Notary Public
Union County
North Carolina
My Commission Expires Jul 21, 2018



U.S. POSTAGE
PAID
CHARLOTTE, NC
28277
MAY 04, 16
AMOUNT
$4.66
R2304M110936-22



29201



1000

CERTIFIED MAIL

7014 1200 0002 1484 8877

J. Bratton Davis U.S. Bankruptcy
Court House
1100 Laurel Street
Columbia, SC 29201-2433

FM
Paul Miller

704-726-9679
alphaomegaservices@ZOHO.com

