UNITED STATES BANKRUPTCY COURT

DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: | ) CHAPTER 7 |
| | ) |
| Outdoor RV and Marine, LLC, a Limited Liability Corporation | ) CASE NO: 09-03719 HB |
| | ) |
| | ) ORDER AUTHORIZING PAYMENT OF |
| | ) UNCLAIMED DIVIDENDS |
| | ) |
| Debtor(s). | ) |
| | ) |

This matter comes before the court pursuant to 11 U.S.C. § 347(a) and 28 U.S.C. § 2042 and the motion of Alpha Omega Services, seeking disbursement of funds previously unclaimed by Alpha Omega Services in the above-named case. It appears from the motion and its supporting documentation that Alpha Omega Services is entitled to the funds now held by the United States Treasury.

It is, therefore, ORDERED, that the following dividend: $2425.00 be paid to Alpha Omega Services from the unclaimed dividend account maintained by the United States Treasury.

AND IT IS SO ORDERED.

**FILED BY THE COURT**
**05/31/2016**



Entered: 05/31/2016

US Bankruptcy Judge
District of South Carolina